UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Altria Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | Case No. 08 CV 3144 <br><br> Rule 7.1 Statement |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Altria Group, Inc. ("Altria") states as follows:

Altria has no parent corporation and no publicly held corporation owns 10 percent or more of Altria's stock.

Respectfully submitted,

Dated: March 27, 2008

*[signature]*
Lawrence A. Danny III (LD1190)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
(212) 389-5000 (telephone)
(212) 389-5099 (facsimile)

*Attorney for Plaintiff Altria Group, Inc.*

[Stamp: MAR 27 2008 U.S.D.C. S.D.N.Y. CASHIERS]