CERTIFICATE OF SERVICE

       I, Lawrence H. Fogelman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 27, 2008, I caused a copy of the foregoing Answer to be served, by Federal Express, upon the following:

  Lawrence A. Dany III
  SUTHERLAND ASBILL & BRENNAN LLP
  1114 Avenue of the Americas, 40th Floor
  New York, NY 10036

Dated: New York, New York
       May 27, 2008

                                        /s/ Lawrence H. Fogelman
                                        LAWRENCE H. FOGELMAN
                                        Assistant United States Attorney
                                        Tel:  (212) 637-2719
                                        Fax:  (212) 627-2730