AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Altria Group, Inc.
Plaintiff

V.

The United States of America
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3144**

TO: (Name and address of Defendant)

Douglas Shulman
Commissioner
Internal revenue Service
1111 Constitution Ave., N.W.
Washington, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence A. Dany III
Sutherland Asbill & Brennan LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK   *[signature: Marcos Quintero]*   DATE   MAR 27 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 27, 2008 |
| NAME OF SERVER (PRINT) April McElwee | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify) via certified mail, by depositing in postpaid properly addressed envelope in post office as per Fed Civ. Rule 4.(i)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 22, 2008
    Date                    Signature of Server

Sutherland Asbill + Brennan LLP
Address of Server
1114 Avenue of the Americas, 40th fl.
New York, NY 10036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Altria Group, Inc., <br><br> Plaintiff, <br> v. <br><br> The United States of America, <br><br> Defendant. | Case No. 08-cv-3144 <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     }
                      }  ss.:
COUNTY OF NEW YORK    }

APRIL McELWEE, being duly sworn, deposes and says:

Deponent is not a party to the action, is over the age of 18 years and resides in New York.

That on the 27th day of March, 2008, deponent served the attached SUMMONS WITH COMPLAINT upon the following, via certified mail, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

MICHAEL J GARCIA
United States Attorney
U.S. Attorney's Office for the Southern District of New York
86 Chambers Street
New York, NY 10007

THE HONORABLE MICHAEL B. MUKASEY
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

DOUGLAS SHULMAN
Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.

7862290.1

Washington, DC 20224

FRANK Y. NG
LMSB Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Attn: SE:LM
Washington, DC 20224

Dated: March 27, 2008
       New York, New York

_____
April L. McElwee

Sworn to and subscribed
before me, Notary, this 27th day
of March 2008.

_____
Notary Public

GUILLERMO VAZQUEZ
Notary Public, State of New York
No. 01VA6080415
Qualified in New York County
Commission Expires Sept. 16, 2010

7862290.1                 2